**Order filed, March 4, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00073-CV

_____

**GALVESTON COUNTY COMMISSIONERS COURT, ET AL, Appellant**

**V.**

**KIMBERLY SULLIVAN, JUDGE, PROBATE COURT OF GALVESTON COUNTY, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-1112**

---

## ORDER

The reporter's record in this case was due February 28, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Hall, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM